ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Agile RF, Inc. | ) ASBCA Nos. 59406, 59407 |
| | ) |
| Under Contract Nos. W15P7T-04-C-P424 | ) |
| W15P7T-06-C-P421 | ) |
| H94003-06-C-0606 | ) |
| H94003-06-C-0611 | ) |
| W15P7T-06-C-T211 | ) |
| W911QX-06-C-0137 | ) |
| N68335-08-C-0058 | ) |

APPEARANCES FOR THE APPELLANT:     Lisa M. Marchese, Esq.
                                   Traeger Machetanz, Esq.
                                     Davis Wright Tremaine LLP
                                     Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Robert L. Duecaster, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 28 July 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59406, 59407, Appeals of Agile RF, Inc., rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%">

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>